# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2262

_____

MATTHEW J MCKINNEY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie M. Kinsey, Judge.

August 14, 2019

PER CURIAM.

DISMISSED. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Matthew J McKinney, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.